1  Ira Revich (SBN: 077878)
   irevich@crwllp.com
2  James B. Green (SBN: 201905)
   jgreen@crwllp.com
3  CHARLSTON, REVICH & WOLLITZ LLP
4  1925 Century Park East, Suite 1250
   Los Angeles, CA 90067
5  Telephone: (310) 551-7000

6  *Attorneys for Plaintiff*
   ACE AMERICAN INSURANCE COMPANY
7


FILED
MAR 03 2011
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| In re:<br><br>INDYMAC BANCORP., INC.<br><br>Debtor, | Case No. 02:08-BK-21752BB<br><br>Chapter 7 |
| ACE AMERICAN INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL W. PERRY, A. SCOTT KEYS, RICHARD A. WOHL, LOUIS E. CALDERA, LYLE E. GRAMLEY, HUGH M. GRANT, PATRICK C. HADEN, TERRANCE G. HODEL, ROBERT L. HUNT II, LYDIA H. KENNARD, BRUCE G. WILLISON, JOHN OLINSKI, S. BLAIR ABERNATHY, RAPHAEL BOSTIC, SAMIR GROVER, SIMON HEYRICK, VICTOR H. WOODWORTH, LYNETTE ANTOSH, SCOTT VAN DELLEN, RICHARD KOON, KENNETH SHELLEM, WILLIAM ROTHMAN, JILL JACOBSEN, and KEVIN CALLAN,<br><br>Defendants. | Adv. No. 2:11-AP-01511BB<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

{00036521.DOCX 1}
NOTICE OF VOLUNTARY DISMISSAL

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A) and Federal Rule of Bankruptcy Procedure 7041, Plaintiff ACE AMERICAN INSURANCE COMPANY, by its attorneys Charlston, Revich & Wollitz LLP hereby voluntarily dismisses the captioned lawsuit against all defendants without prejudice. None of these defendants have answered or filed a motion for summary judgment.

Dated:   March 3, 2011

Respectfully submitted,

ACE AMERICAN INSURANCE COMPANY,

By: _____

Ira Revich
  irevich@crwllp.com
James B. Green
  jgreen@crwllp.com
CHARLSTON, REVICH & WOLLITZ LLP
1925 Century Park East, Suite 1250
Los Angeles, CA 90067
Telephone: (310) 551-7000

*Attorneys for ACE American Insurance Company*

{00036521.DOCX 1}                                2

NOTICE OF VOLUNTARY DISMISSAL

| In re: INDYMAC BANCORP, INC.<br>ACE AMERICAN INS. CO. v. PERRY, et al.        Debtor(s). | CHAPTER 7<br>CASE NUMBER 2:08-21752-BB<br>ADV. NO. 2:11-AP-01511BB |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document described _____ NOTICE OF VOLUNTARY DISMISSAL _____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Louis E Kempinsky lkempinsky@pwkllp.com
Bradley R Schneider bradley.schneider@mto.com
Alfred H Siegel (TR) ahstrustee@horwathcal.com, asiegel@ecf.epiqsystems.com
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On __March 3, 2011__ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

See attached list.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on___ March 3, 2011 ___ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Personal Delivery
Honorable Sheri Bluebond
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Bldg. & Courthouse
255 E. Temple Street, Suite 1482
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 3, 2011 | Madeline Nanas | _[signature]_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                              **F 9013-3.1**

| | CHAPTER 7 |
|---|---|
| In re: INDYMAC BANCORP, INC.<br>ACE AMERICAN INS. CO. v. PERRY, et al.<br>Debtor(s). | CASE NUMBER 2:08-21752-BB<br>ADV. NO. 2:11-AP-01511BB |

## U.S. MAIL SERVICE LIST

| | |
|---|---|
| Michael Perry<br>Authorized Agent for Service of Process<br>Ms. Jean Veta<br>c/o Covington & Burling LLP<br>1201 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004-2401 | A. Scott Keys<br>Authorized Agent for Service of Process<br>Mr. Gregory Bruch<br>Mr. Jeffrey Clancy<br>Ms. Jessica Matelis<br>Ms. Julie Smith<br>c/o Wilkie Farr & Gallagher LLP<br>1875 K Street, N.W.<br>Washington, D.C. 20006-1238 |
| John Olinski<br>Samir Grover<br>Simon Heyrick<br>Victor Woodworth<br>William Rothman<br>Jill Jacobson<br>Kevin Callan<br>Scott Van Dellen<br>Authorized Agent for Service of Process<br>Mr. Michael Fitzgerald<br>Corbin Fitzgerald & Athey LLP<br>601 West Fifth Street<br>Suite 1150<br>Los Angeles, CA 90071-2024 | Louis Caldera<br>Lyle Gramley<br>Hugh Grant<br>Patrick Haden<br>Terrance Hodel<br>Robert Hun II<br>Lydia Kennard<br>Bruce Wilson<br>Authorized Agent for Service of Process<br>Mr. John Spiegel<br>Ms. Kathleen McDowell<br>c/o Munger Tolles & Olson LLP<br>355 South Grand Avenue<br>35th Floor<br>Los Angeles, CA 90071-1560 |
| Kenneth Shellem<br>Richard Koon<br>Authorized Agent for Service of Process<br>Mr. Bradley Bloodworth<br>c/o Paul Hastings<br>875 15th Street, N.W.<br>Washington, D.C. 20005 | S. Blair Abernathy<br>Authorized Agent for Service of Process<br>Mr. Robert Fairbank<br>c/o Fairbank & Vincent<br>444 South Flower Street<br>Suite 3860<br>Los Angeles, CA 90071 |
| Richard Wohl<br>Authorized Agent for Service of Process<br>Mr. John K. Villa<br>c/o Williams & Connolly LLP<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005 | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1